US DISTRICT COURT INDEX SHEET










JAH   3/26/2004   10:25
3:04-CV-461 HILL V. HONEY BAKED HAM INC
*10*
*DECL*

```
 1  Ali Razi, Bar No. 194013
    RAZI AND ASSOCIATES
 2  Bank of America Plaza
    450 B Street, Suite 780
 3  San Diego, California 92101
    Telephone: (619) 234-2347
 4  Fax:       (619) 234-2365

 5  Attorneys for Plaintiff Fontella Hill
```

FILED

04 MAR 25 PM 3:34

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

BY: _____ DEPUTY

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FONTELLA HILL,<br><br>　　　　Plaintiff,<br><br>v.<br><br>HONEY BAKED HAM, INC., a California Corporation; STANLEY NIX, and DOES 1-50, inclusive,<br>　　　　Defendants. | CASE NO. 04 CV 0461 IEG (JFS)<br><br>DECLARATION OF FONTELLA HILL IN SUPPORT OF OPPOSITION TO COMPEL ARBITRATION<br><br>DATE: April 12, 2004<br>TIME: 10:30 a.m.<br>CTRM: 13 |

I, Fontella Hill, hereby declare as follows:

1. I have personal knowledge of the facts set forth herein and, if called to testify, could and would competently testify thereto.

2. I was employed at Honey Baked Ham, Inc. ("HBH") from 1989 to November 19, 2003, when my employment was terminated by HBH.

3. I worked at HBH for nearly ten years until in 1999 HBH asked me to sign an At-Will-Employment/Arbitration agreement.

4. In 1999, Stanley Nix, ("Nix"), District Manager at HBH, my supervisor, gave me

---
1
Declaration of Fontella Hill　　　　　　　　　　　　　　　4 CV 0461 IEG (JFS)

numerous At-Will-Employment/Arbitration agreements, directing me to sign one of them and have other employees sign them as well.

5. As a manager, I did not see Mr. Gore, Vice President HBH, have any involvement in terms of overseeing the implementation of the At-Will-Employment/Arbitration agreements. He did not personally distribute the agreements to the employees, he did not explain the significance of the agreements or any of its terms to the employees, nor did he provide the employees any opportunity to negotiate the terms of these agreements.

6. Defendant Nix provided the agreements, handed them out to me and others for execution without any explanation as to the terms of the agreement, and collected them.

7. I did not wish to sign the agreement because I was not sure about the significance of its terms, and I asked Nix what will happen if I do not agree to sign the agreement as provided. Nix told me that if I do not sign the At-Will-Employment/Arbitration agreement, I will no longer have a position at HBH.

8. Nix made it clear that I would have to either sign the HBH agreement or be terminated.

9. I did not know the significance of the arbitration agreement or that I would lose my right to a jury trial, however, I did not want to lose my job, where I had worked for ten years and became a manager, by not signing the agreement.

10. On February 2, 1999 I signed the HBH At-Will-Employment/Arbitration agreement in order to continue with my employment at HBH. I was not given the right to question, negotiate, or reject the agreement without facing termination, and therefore, I saw no choice but to sign the agreement as given to me.

// // //

// // //

// // //

// // //

1 | I declare under penalty of perjury under the laws of the state of California that the
2 | foregoing is true and correct.

Dated 3/25/04                                    *Fontella Hill*
                                                 Fontella Hill